IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL 29 PM 5:21

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CR. NO. 05-20246-01-Ma |
| vs. ) | |
| ) | 05-20246-01 Ma |
| RONDA WHITE, ) | |
| ) | |
| Defendant. ) | |

### ORDER ON GUILTY PLEA

This cause came on to be heard on July 28, 2005, the United States Attorney for this district appearing for the Government and the defendant, Ronda White, appearing in person and with appointed counsel, Mr. Michael Scholl.

With leave of the Court, the defendant entered a plea of guilty to Counts 1 and 2 of the Information. Plea colloquy was held and the Court accepted the guilty plea.

Sentencing in this case is set for **Friday, October 7, 2005 at 3:00 p.m.** The defendant is remanded to the custody of the United States Marshal.

**ENTERED** this the 28th day of July, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____